UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HERIBERTO VALIENTE, individually and on
behalf of all others similarly situated,

  *Plaintiff*,

Case No. 1:22-cv-22129-KMW

vs.

EFIGIE, CORP.,

  *Defendant*.

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Heriberto Valiente, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Heriberto Valiente, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 22, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

     I hereby certify that on August 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                                    Respectfully submitted,

                                    **SHAMIS & GENTILE, P.A.**
                                    14 NE 1st Ave., Suite 705
                                    Miami, FL 33132
                                    Telephone (305) 479-2299
                                    Facsimile (786) 623-0915
                                    Email: efilings@sflinjuryattorneys.com

By:     */s/ Andrew J. Shamis*
            Andrew J. Shamis, Esq.
            Florida Bar # 101754

            *Counsel for Plaintiff and the Class*